## Attachment 6

## Irreparable Injury

1. The activities with which the defendants have targeted the plaintiff seemingly in perpetuity, have not served any lawful purpose.

2. The plaintiff has exhausted all avenues of relief.

3. The plaintiff is now obligated to seek recourse via this petition for relief since none of the defendants, nor their respective directors, took any actionable measures in response to the plaintiff's complaints regarding constitutional rights violations, assaults, death threats, damages and outrageous government conduct.

4. As of the date of the filing of this petition, the plaintiff still suffers from the threat of death and bodily injury, stalking, harassment, and the inability to travel freely in the US or abroad without fear of reprisal.

5. The plaintiff continues to suffer from the loss of his hard-earned reputation, the loss of contact with his mother, grandmother, and other family members, in addition to the loss of all of his real and personal property.

6. To this day, the defendants still deny the plaintiff access to legal counsel.

7. To this day, if the plaintiff attempts to petition federal or state agencies for redress of grievances, he is stalked, harassed, threatened and assaulted.[1]

---

[1] Right to be secure in communications - illegal search and seizure.

8. The plaintiff is subject to multiple hate crimes, anti-Muslim slurs, anti-Semitic e-mails, and interference with communications to several Jewish organizations, even as he is being denied his right to worship.

9. The plaintiff has been designated as a "potential 'Muslim' threat" to the community and his familiars, and has further been isolated from his social and professional networks through false accusations of homosexuality and crimes of moral turpitude.

10. The plaintiff has been the target of anti-Semitic acts at the same time his communications with Jewish organizations have been intercepted and disrupted.

11. The plaintiff, to this day, is not afforded the right to be secure in his person, home, papers and effects, and is regularly subject to illegal searches and seizures.

12. These activities are done in synchronicity with the broadcast of the plaintiff's personal information, the subjects of his private communications, and information regarding his finances, health and family, by the defendants to their proxies and civilian hirees, and the plaintiff's familiars.

13. The defendants have destroyed the plaintiff's quality of life and his right to pursuit of happiness.

14. The plaintiff's life is now entirely consumed by dealing with loss of family members, catastrophic financial loss, identity theft, and defamation of character, all instigated by the defendants, working in collusion with one another.

15.   In contravention to the United Nations Declaration of Human Rights, the defendants are using illegal communications interceptions and interference to deny the plaintiff his right to work.

16.   The plaintiff now faces substantial risks to his career, directly resulting from the defendants' actions.

17. Based on all of the defendants' activities, an action for money damages alone is insufficient to restore plaintiff to his status quo ante.